*Monday, March 13, 1995*

## MOTION DOCKET

**94–419.** Royal Elec. Constr. Corp. v. Ohio State Univ. *Franklin County,* Nos. 93AP–399 and 93AP–424. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for continuance of oral argument currently scheduled for April 18, 1995,

IT IS ORDERED by the court that the motion for continuance be, and hereby is, denied, effective March 9, 1995.

**95–274.** State ex rel. Barclays Bank PLC v. Hamilton Cty. Court of Common Pleas. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of the joint application of all parties to consolidate,

IT IS ORDERED by the court that the joint application be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that supplementation of the amended complaint be allowed to include two new cases, namely, *William A. Thurner et al. v. Star Bank et al.,* Court of Common Pleas case No. A95–01218, and *Durwood G. Rorie, Jr. v. Star Bank et al.,* Court of Common Pleas case No. A95–01217.

IT IS FURTHER ORDERED by the court that the terms of this court's entry of February 10, 1995, be extended to include the two new cases, except that the expedited briefing schedule shall be modified as follows: Respondents and intervenors (excluding Star Bank) shall file their briefs on or before March 17, 1995, and relator and Star Bank shall file their reply briefs, if any, on or before March 24, 1995.

IT IS FURTHER ORDERED that the request for withdrawal of respondents' motion to dismiss filed on March 9, 1995, be, and hereby is, granted.

## MISCELLANEOUS DISMISSALS

**92–2437.** State ex rel. Isgett v. Gerlach. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective March 9, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**93–2419.** Corbin v. Pub. Util. Comm. Public Utilities Commission, Nos. 93–685–TP–CSS and 93–913–TP–CSS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective March 9, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.